[836 NYS2d 451]

SHEILA M. MEEGAN et al., Respondents, v PROGRESSIVE INSURANCE COMPANY, Appellant. (Appeal No. 1.)

Fourth Department, June 8, 2007

**APPEARANCES OF COUNSEL**

*Sugarman Law Firm, LLP*, Syracuse (*Timothy J. Perry* of counsel), for defendant-appellant.

*Knoer, Crawford & Bender, LLP*, Buffalo (*Paul A. Bender* of counsel), for planitiffs-respondents.

**OPINION OF THE COURT**

PERADOTTO, J.

Same opinion by PERADOTTO, J., as in *Meegan v Progressive Ins. Co.* (43 AD3d 182 [2007]).

LUNN and PINE, JJ., concur with PERADOTTO, J.; CENTRA, J., dissents and votes to affirm in the same dissenting opinion as in *Meegan v Progressive Ins. Co.* (43 AD3d 182, 187 [2007]) in which GORSKI, J.P., concurs.

It is hereby ordered that the order insofar as appealed from be and the same hereby is reversed on the law without costs and the motion is denied in its entirety.